IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN P. JOHNSON, | § | |
| Plaintiff, | § § § | |
| v. | § § | 5:15-CV-0024-RP |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is Plaintiff John P. Johnson's Motion to Compel, filed July 17, 2015 (Dkt. #17) and Defendant Portfolio Recovery Associates, LLC's response thereto (Dkt. #19), filed July 24, 2015. In light of Defendant's assertion that it is filing supplemental responses to Plaintiff's discovery requests, the Court finds that at this time Plaintiff's motion should be denied without prejudice. Should these supplemental responses be inadequate, however, Plaintiff is welcome to refile a motion to compel with this court.

**IT IS THEREFORE ORDERED** that Plaintiff John P. Johnson's Motion to Compel (Dkt. #17) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Portfolio Recovery Associates, LLC shall provide Plaintiff with its supplemental responses to Plaintiff's discovery requests **on or before August 14, 2015**.

**SIGNED** on July 30, 2015.

_____
ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE