UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN P. JOHNSON,           ) | |
|     Plaintiff,           ) | |
|     )                          | |
| v.                               ) | Civil Action No.: SA15:CA-0024-RP |
|     )                          | |
| PORTFOLIO RECOVERY   ) | |
| ASSOCIATES, LLC,        ) | |
|     Defendant.             ) | |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S
EXPERT WITNESS LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES,** Defendant Portfolio Recovery Associates, LLC, and files this Expert Witness List:

A.  Testifying Experts Who May Offer Testimony

1.  Portfolio Recovery Associates, LLC
    Corporate Representative
    c/o Robbie Malone
    Robbie Malone, P.L.L.C.
    Northpark Central, Suite 1850
    8750 N. Central Expressway
    Dallas, TX 75231
    Defendant.

    PRA's Corporate Representative may testify as to the subject of their knowledge and experience in industry standards for companies retained to maintain property secured by financial institutions.

B.  Other Designations and Reservations

1.  Without waiving their right to challenge qualifications or the reliability of their opinions and mental impressions, Defendant Portfolio Recovery Associates, LLC, reserves the right to elicit any testimony, on cross-examination or otherwise, from any individual who might be or who has been designated as an expert witness by the Plaintiff in this matter.

**DEFENDANT'S EXPERT WITNESS DESIGNATION** - Page 1
M:\264.0000 PORTFOLIO RECOVERY ASSOCIATES, L.L.C\264.0011 JOHN P. JOHNSON V. PORTFOLIO RECOVERY ASSOCIATES\PLEADINGS\264.0011P.EXPERT WITNESS LIST.DOCX

2.	Defendant Portfolio Recovery Associates, LLC, also reserves the right to amend or supplement this Expert Designation based on the trial of this matter, for purposed of rebuttal and other evidentiary rulings.

                Respectfully submitted,

                **ROBBIE MALONE, PLLC**

                /s/ Robbie Malone
                ROBBIE MALONE
                State Bar No. 12876450
                Email: rmalone@rmalonelaw.com
                EUGENE XERXES MARTIN, IV
                State Bar No. 24078928
                Email: xmartin@rmalonelaw.com
                ROBBIE MALONE, P.L.L.C.
                Northpark Central, Suite 1850
                8750 North Central Expressway
                Dallas, Texas   75231
                TEL: (214) 346-2630
                FAX: (214) 346-2631
                *COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to Plaintiff via **CMRRR** and **1st Class U.S. Mail** on this 14th day of August, 2015.

John P. Johnson
*Plaintiff Pro Se*
11006 Clifton Forge
San Antonio, Texas 78230
210.842.7851
jjohnsonrents@yahoo.com

                /s/ Robbie Malone
                ROBBIE MALONE