IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN P. JOHNSON,<br>Plaintiff ProSe' | )<br>)<br>) |
| v. | ) |
| PORTFOLIO RECOVERY<br>ASSOCIATES, LLC,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>))) |

Case No: SA15:CA-0024-RP

## CERTIFICATE OF ATTEMPT TO CONFER IN GOOD FAITH

Plaintiff hereby declares he has attempted to confer in good faith with counsel for Defendant, Portfolio Recovery Associates, LLC. Plaintiff has contacted counsel for the Defense on four occasions, June 30, 2015, July 1, 2015, July 3, 2015 and finally on July 10, 2015. Efforts to obtain full and complete answers and relevant documents to Plaintiff's requests for discoverable evidence have proven unsuccessful. The Defendant was ordered to provide supplemental responses to the Plaintiff **on or before August 14, 2015.** As of the filing of this Motion on August 17, 2015, Plaintiff has not received the Defendant's supplemental responses as ordered by the Court.

1

2

Respectfully submitted,

/s/ John P. Johnson

John P. Johnson
210-842-7851
jjohnsonrents@yahoo.com
Mailing:
11006 Clifton Forge
San Antonio, Texas 78230
Residence:
861 28 th  St. W.
Lakehills, Texas 78063

**CMRR #7013 1090 0001 3470 2743**