IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN P. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 5:15-CV-024 RP |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

Before the Court is the above entitled cause of action. On this day, the Court entered an order granting Defendant's motion for summary judgment and thus dismissing Plaintiff's claims. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims and causes of action brought by Plaintiff John P. Johnson are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED** and that each party shall bear their own attorney's fees and costs of court.

**IT IS FURTHER ORDERED** that all hearing and trial settings are hereby **CANCELED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED..**

**SIGNED** on December 14, 2015.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1